UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM G. JACKSON, III, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| RED.COM, BOB CASTILLINI, FREEDOM, PROCESSING, LLC, and MAJOR LEAGUE BASEBALL, | ) ) ) ) | 5:21-CV-513-M |
| Defendants. | ) ) | |

Decision by Court.
This matter is before the court on Magistrate Judge Kimberly A. Swank's Order and Memorandum and Recommendation. DE 4.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the recommendation of the magistrate judge as its own. Plaintiff's objection failed to cure any of the deficiencies noted in this court's December 22, 2021 order [DE 3] or the M&R [DE 4]. For the reasons stated in the M&R, Plaintiff"'s Complaint is DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on August 7, 2023, and served on:**
William G. Jackson, III  (via US Mail to 307 Ward Ave., Bellevue, KY, 41073)

August 7, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk